THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR89-0200-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PHILIP ERNEST JOHNSON, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion for an extension of time to respond (Dkt. No. 126) to Defendant's motion for compassionate release (Dkt. No. 125). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. The Government shall file its response to Defendant's motion no later than September 27, 2019. The Clerk is DIRECTED to re-note Defendant's motion for compassionate release (Dkt. No. 125) to October 4, 2019.

DATED this 13th day of September 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR89-0200-JCC
PAGE - 1